George C. Summerfield (#P40644)
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Tel.: +1 (312) 807-4376
Fax: +1 (312) 827-8000
george.summerfield@klgates.com

*Attorneys for Petitioner*
*CPC Patent Technologies PTY Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In The Matter of an *ex parte* Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>CPC Patent Technologies PTY Ltd.,<br><br>Petitioner,<br><br>In support of legal proceedings in the Federal Republic of Germany | Case No. _5:21-mc-80091_<br><br>**CPC PATENT TECHNOLOGIES PTY LTD.'S PETITION FOR AN *EX PARTE* DISCOVERY ASSISTANCE ORDER PURSUANT TO 28 U.S.C. § 1782(a)** |

Petitioner, CPC Patent Technologies PTY Ltd. ("CPC") submits this Petition for an *Ex Parte* Order authorizing it to obtain discovery from Apple, Inc. ("Apple") for use in contemplated patent infringement proceedings in the Federal Republic of Germany ("the Foreign Proceedings") pursuant to 28 U.S.C. § 1782(a). Specifically, CPC seeks an Order allowing it to serve a subpoena *duces tecum* for the documents identified in Exhibit A, to the accompanying Memorandum in Support of this Petition, to support the Foreign Proceedings. A proposed Order accompanies this Petition.

Dated:  April 22, 2021                    Respectfully submitted,

By: */s/ George C. Summerfield*
George C. Summerfield  (#P40644)
K&L Gates LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Tel.: +1 (312) 807-4376
Fax: +1 (312) 827-8000
george.summerfield@klgates.com

*Attorneys for Petitioner*
*CPC Patent Technologies PTY Ltd.*