# EXHIBIT A

ADRMOP,MEDIATION

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:22-cv-02553-EJD

CPC Patent Technologies Pty Ltd. v. Apple Inc.  
Assigned to: Judge Edward J. Davila  
Referred to: Magistrate Judge Nathanael M. Cousins  
Case in other court: Texas Western, 6:21-cv-00165  
Cause: 35:271 Patent Infringement  

Date Filed: 04/27/2022  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**CPC Patent Technologies PTY Ltd.**       represented by   **Ben Roxborough**  
K&L Gates LLP  
70 W. Madison Street, Suite 3300  
Chicago, IL 60602  
(312) 807-4230  
Fax: (312) 827-8000  
Email: Ben.Roxborough@klgates.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**George C. Summerfield**  
K&L Gates LLP  
70 W. Madison Street  
Suite 3300  
Chicago, IL 60602  
312-807-4376  
Fax: 312-827-8000  
Email: george.summerfield@klgates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James A. Shimota**  
K&L Gates LLP  
70 W. Madison Street, Suite 3300  
Chicago, IL 60602  
(312) 807-4299  
Fax: (312) 827-8000  
Email: jim.shimota@klgates.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Jonah Heemstra**  
K&L Gates LLP  
70 W Madison St  
Ste 3300  
Chicago, IL 60602  
312-807-4318

Email: jonah.heemstra@klgates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stewart Mesher**
K&L Gates LLP
2801 Via Fortuna
Suite 350
Austin, TX 78746
512.482.6800
Fax: 512.482.6859
Email: stewart.mesher@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Noel Goodrich**
K&L Gates LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: christina.goodrich@klgates.com
*ATTORNEY TO BE NOTICED*

**Dhohyung Kim**
K&L Gates LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
(312) 807-4256
Fax: (312) 827-8000
Email: dk.kim@klgates.com
*TERMINATED: 01/26/2022*
*PRO HAC VICE*

**Elizabeth Abbott Gilman**
K & L Gates LLP
609 Main, Suite 4150
Houston, TX 77002
(713) 815-7327
Email: beth.gilman@klgates.com
*ATTORNEY TO BE NOTICED*

**Zachary T. Timm**
K and L Gates
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
(310) 552-5000
Fax: (310) 552-5001
Email: zach.timm@klgates.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Apple, Inc.** | represented by | **Anthony Van Nguyen** <br> Fish and Richardson, P.C. <br> 1221 McKinney St., Suite 2800 <br> Houston, TX 77010 <br> 713-654-5342 <br> Email: tnguyen@fr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Bethany M. Stevens** <br> Walker Stevens Cannom LLP <br> 500 Molino Street, Suite 118 <br> Los Angeles, CA 90013 <br> (213) 712-9145 <br> Fax: (213) 403-4906 <br> Email: bstevens@wscllp.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **Hannah L. Cannom** <br> Walker Stevens Cannom LLP <br> 500 Molino Street, Suite 118 <br> Los Angeles, CA 90013 <br> (213) 337-9972 <br> Fax: (213) 403-4906 <br> Email: hcannom@wscllp.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* <br><br> **J Stephen Ravel** <br> Kelly Hart & Hallman - Austin <br> 301 Congress Ave. <br> Suite 2000 <br> Austin, TX 78701 <br> 512-495-6400 <br> Fax: 512-495-6401 <br> Email: steve.ravel@khh.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Joy B. Kete** <br> Fish & Richardson P.C. <br> One Marina Park <br> Boston, MA 02210 <br> (617) 542-5070 <br> Fax: (617) 542-8906 <br> Email: kete@fr.com <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Kelly Ransom**
Kelly Hat Hallman LLP
303 Colorado, Suite 2000
Austin, TX 78701
(512) 495-6429
Email: kelly.ransom@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth McCarthy Sproul**
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130-2081
858-678-5070
Fax: 858-678-5099
Email: sproul@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin C. Elacqua**
Fish & Richardson PC
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5324
Fax: 713-652-0109
Email: bce@fr.com
*ATTORNEY TO BE NOTICED*

**Betty H. Chen**
Fish & Richardson PC
111 Congress Avenue, Suite 810
Austin, TX 78701
(512) 472-5070
Fax: 512/320-8935
Email: bchen@fr.com
*ATTORNEY TO BE NOTICED*

**Betty Hong Chen**
Fish and Richardson PC
500 Arguello Street
Suite 500
Redwood City, CA 94063
(650) 839-5070
Fax: (650) 839-5071
Email: bchen@fr.com
*ATTORNEY TO BE NOTICED*

**Eda Stark**
Fish & Richardson PC
21st Floor
1180 Peachtree St NE
Atlanta, GA 30309
4048925005
Fax: 4048925002

Email: stark@fr.com
*ATTORNEY TO BE NOTICED*

**Geuneul Yang**
O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
Fax: (213) 430-6407
Email: jyang@fr.com
*TERMINATED: 02/07/2022*

**Jeffrey H Burton**
Fish & Richardson
CA
12860 El Camino Real
Ste 400
San Diego, CA 92130
858-678-5070
Email: jburton@fr.com
*ATTORNEY TO BE NOTICED*

**Joy Backer Kete**
Fish and Richardson PC
One Marina Park Drive
Boston, MA 02210
617-542-5070
Fax: 617-542-8906
Email: kete@fr.com
*ATTORNEY TO BE NOTICED*

**Kathryn A. Quisenberry**
Fish and Richardson PC
1221 McKinney Street
Suite 2800
Houston, TX 77010
713-654-5300
Fax: 713-652-0109
Email: quisenberry@fr.com
*ATTORNEY TO BE NOTICED*

**Kathryn Ann Quisenberry**
Fish and Richardson P.C.
1221 McKinney St., Ste 2800
Houston, TX 77010
713-654-5300
Fax: 713-652-0109
Email: quisenberry@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 11/19/2020 | 5 | Standing Order Regarding Notice of Readiness v2.1. Signed by Judge Alan D Albright. (bw) (Entered: 02/24/2021) |
| 02/23/2021 | 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 402 receipt number 0542-14516271), filed by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Civil Cover Sheet)(Mesher, Stewart) (Entered: 02/23/2021) |
| 02/23/2021 | 2 | RULE 7 DISCLOSURE STATEMENT filed by CPC Patent Technologies Pty Ltd.. (Mesher, Stewart) (Entered: 02/23/2021) |
| 02/23/2021 | 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mesher, Stewart) (Entered: 02/23/2021) |
| 02/23/2021 | 4 | REQUEST FOR ISSUANCE OF SUMMONS by CPC Patent Technologies Pty Ltd.. (Mesher, Stewart) (Entered: 02/23/2021) |
| 02/23/2021 | | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bw) (Entered: 02/24/2021) |
| 02/23/2021 | 6 | Summons Issued as to Apple Inc.. (bw) (Entered: 02/24/2021) |
| 02/24/2021 | 7 | MOTION to Appear Pro Hac Vice by Elizabeth Abbott Gilman *for George C. Summerfield* ( Filing fee $ 100 receipt number 0542-14522461) by on behalf of CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Proposed Order Proposed Order Granting Motion for Admission Pro Hac Vice)(Gilman, Elizabeth) (Entered: 02/24/2021) |
| 02/24/2021 | 8 | MOTION to Appear Pro Hac Vice by Elizabeth Abbott Gilman *for Dhohyung Kim* ( Filing fee $ 100 receipt number 0542-14522616) by on behalf of CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Proposed Order Proposed Order Granting Motion for Admission Pro Hac Vice)(Gilman, Elizabeth) (Entered: 02/24/2021) |
| 02/24/2021 | 9 | MOTION to Appear Pro Hac Vice by Elizabeth Abbott Gilman *for James A. Shimota* ( Filing fee $ 100 receipt number 0542-14522636) by on behalf of CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Proposed Order Proposed Order Granting Motion for Admission Pro Hac Vice)(Gilman, Elizabeth) (Entered: 02/24/2021) |
| 03/03/2021 | 10 | SUMMONS Returned Executed by CPC Patent Technologies Pty Ltd.. Apple Inc. served on 3/1/2021, answer due 3/22/2021. (Mesher, Stewart) (Entered: 03/03/2021) |
| 03/12/2021 | | Text Order GRANTING 7 Motion to Appear Pro Hac Vice for Attorney George C. Summerfield for CPC Patent Technologies Pty Ltd. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/12/2021) |
| 03/12/2021 | | Text Order GRANTING 8 Motion to Appear Pro Hac Vice for Attorney Dhohyung Kim for CPC Patent Technologies Pty Ltd. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and |

| | | |
|---|---|---|
| | | therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/12/2021) |
| 03/12/2021 | | Text Order GRANTING 9 Motion to Appear Pro Hac Vice for Attorney James A. Shimota for CPC Patent Technologies Pty Ltd. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/12/2021) |
| 03/16/2021 | 11 | NOTICE of Attorney Appearance by Benjamin C. Elacqua on behalf of Apple Inc.. Attorney Benjamin C. Elacqua added to party Apple Inc.(pty:dft) (Elacqua, Benjamin) (Entered: 03/16/2021) |
| 03/16/2021 | 12 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Seth M. Sproul* ( Filing fee $ 100 receipt number 0542-14598834) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Elacqua, Benjamin) (Entered: 03/16/2021) |
| 03/16/2021 | 13 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Joy B. Kete* ( Filing fee $ 100 receipt number 0542-14598839) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Elacqua, Benjamin) (Entered: 03/16/2021) |
| 03/16/2021 | 14 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Geuneul Yang* ( Filing fee $ 100 receipt number 0542-14598840) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Elacqua, Benjamin) (Entered: 03/16/2021) |
| 03/16/2021 | 15 | NOTICE of Attorney Appearance by Betty H. Chen on behalf of Apple Inc.. Attorney Betty H. Chen added to party Apple Inc.(pty:dft) (Chen, Betty) (Entered: 03/16/2021) |
| 03/16/2021 | 16 | NOTICE of Attorney Appearance by Kathryn A. Quisenberry on behalf of Apple Inc.. Attorney Kathryn A. Quisenberry added to party Apple Inc.(pty:dft) (Quisenberry, Kathryn) (Entered: 03/16/2021) |
| 03/17/2021 | 17 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Anthony Van Nguyen* ( Filing fee $ 100 receipt number 0542-14602226) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Elacqua, Benjamin) (Entered: 03/17/2021) |
| 03/18/2021 | | Text Order GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Seth M. Sproul for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/18/2021) |
| 03/18/2021 | | Text Order GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Joy B. Kete for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/18/2021) |
| 03/18/2021 | | Text Order GRANTING 14 Motion to Appear Pro Hac Vice for Attorney Geuneul Yang for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/18/2021) |
| 03/19/2021 | | Text Order GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Anthony Van Nguyen for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT-1 (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 03/19/2021) |
| 03/19/2021 | 18 | MOTION for Extension of Time to File Answer re 1 Complaint, *to Move, or Otherwise Respond to the Complaint* by Apple Inc.. (Attachments: # 1 Proposed Order)(Sproul, Seth) (Entered: 03/19/2021) |
| 03/19/2021 | 19 | RULE 7 DISCLOSURE STATEMENT filed by Apple Inc.. (Sproul, Seth) (Entered: 03/19/2021) |
| 03/22/2021 | 20 | ORDER GRANTING 18 Motion for Extension of Time to Answer. Apple Inc. answer due 5/6/2021. Signed by Judge Alan D Albright. (bw) (Entered: 03/22/2021) |
| 03/29/2021 | 21 | NOTICE of Attorney Appearance by J. Stephen Ravel on behalf of Apple Inc.. Attorney J. Stephen Ravel added to party Apple Inc.(pty:dft) (Ravel, J.) (Entered: 03/29/2021) |
| 05/04/2021 | 22 | MOTION to Change Venue by Apple Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Proposed Order)(Sproul, Seth) (Entered: 05/04/2021) |
| | | |

| 05/06/2021 | 23 | MOTION to Dismiss *Complaint Pursuant to Rule 12(b)(6)* by Apple Inc.. (Attachments: # 1 Proposed Order)(Sproul, Seth) (Entered: 05/06/2021) |
|---|---|---|
| 05/19/2021 | 24 | MOTION to Withdraw as Attorney *for Geuneul Yang* by Apple Inc.. (Attachments: # 1 Proposed Order)(Sproul, Seth) (Entered: 05/19/2021) |
| 05/19/2021 | 25 | Response in Opposition to Motion, filed by CPC Patent Technologies Pty Ltd., re 23 MOTION to Dismiss *Complaint Pursuant to Rule 12(b)(6)* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit Exhibit A - Letter (05.06.2021))(Gilman, Elizabeth) (Entered: 05/19/2021) |
| 05/26/2021 | 26 | REPLY to Response to Motion, filed by Apple Inc., re 23 MOTION to Dismiss *Complaint Pursuant to Rule 12(b)(6)* filed by Defendant Apple Inc. (Sproul, Seth) (Entered: 05/26/2021) |
| 05/27/2021 | 27 | STATUS REPORT *(Case Readiness)* by CPC Patent Technologies Pty Ltd.. (Gilman, Elizabeth) (Entered: 05/27/2021) |
| 06/16/2021 | 28 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 07/01/2021 | 29 | NOTICE of Attorney Appearance by Eda Stark on behalf of Apple Inc.. Attorney Eda Stark added to party Apple Inc.(pty:dft) (Stark, Eda) (Entered: 07/01/2021) |
| 08/04/2021 | 30 | Sealed Document: Plaintiff CPC Patent Technologies PTY Ltd.'s Opposition to Defendant Apple Inc.'s Motion to Transfer Venue to the Northern District of California of 22 MOTION to Change Venue by CPC Patent Technologies Pty Ltd. (Attachments: # 1 Exhibit 1 - Nounbissi Dep. Tr., # 2 Exhibit 2 - Rollins Dep. Tr., # 3 Exhibit 3 - Jerudandi Dep. Tr., # 4 Exhibit 4 - Hawkins Article, # 5 Exhibit 5 - Rollins Verification) (Shimota, James) (Entered: 08/04/2021) |
| 08/11/2021 | 31 | Redacted Copy of 30 Sealed Document, by CPC Patent Technologies Pty Ltd.. (Shimota, James) (Entered: 08/11/2021) |
| 08/18/2021 | 32 | Sealed Document: Reply In Support of Motion to Transfer of 30 Sealed Document, by Apple Inc. (Attachments: # 1 Sealed Document Declaration of Seth M. Sproul, # 2 Exhibit A - CPC Prelim Infringement Contentions, # 3 Exhibit B - Excerpts from Dart Depo, # 4 Exhibit C - Declaration of David Murray) (Sproul, Seth) (Entered: 08/18/2021) |
| 08/23/2021 | 33 | STATUS REPORT *On Apple Inc.'s Fully-Briefed Motion for Inter-District Transfer Ready for Resolution* by Apple Inc.. (Sproul, Seth) (Entered: 08/23/2021) |
| 08/25/2021 | 34 | Redacted Copy *Apple Inc.'s Reply in Support of Its Motion to Transfer to the Northern District of California* of 32 Sealed Document, by Apple Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Sproul, Seth) (Entered: 08/25/2021) |
| 09/01/2021 | 35 | NOTICE *of Supplemental Authority* by Apple Inc. (Sproul, Seth) (Entered: 09/01/2021) |
| 09/22/2021 | 36 | Proposed Scheduling Order *(Agreed)* by CPC Patent Technologies Pty Ltd.. (Shimota, James) (Entered: 09/22/2021) |
| 09/23/2021 | 37 | SCHEDULING ORDER: Markman Hearing set for 1/19/2022 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 3/2/2022. Amended Pleadings due by 5/11/2022. Motions due by 10/5/2022. Pretrial Conference set for 1/9/2023 before Judge Alan D Albright. Jury Selection set for 1/23/2023 before Judge Jeffrey C. Manske. Jury Trial set for 1/23/2023 before Judge Alan D Albright. Signed by Judge Alan D Albright. (jc5) (Entered: 09/23/2021) |
| 09/29/2021 | 38 | NOTICE *of Compliance* by Apple Inc. (Sproul, Seth) (Entered: 09/29/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 39 | Joint MOTION for Protective Order by Apple Inc.. (Attachments: # 1 Exhibit A)(Sproul, Seth) (Entered: 10/04/2021) |
| 10/08/2021 | 40 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 10/13/2021 | 41 | NOTICE *of Compliance* by Apple Inc. (Sproul, Seth) (Entered: 10/13/2021) |
| 10/21/2021 | 42 | NOTICE *of Supplemental Authority in Support of Motion to Transfer* by Apple Inc. re 22 MOTION to Change Venue (Sproul, Seth) (Entered: 10/21/2021) |
| 10/27/2021 | 43 | NOTICE *of Compliance* by Apple Inc. (Sproul, Seth) (Entered: 10/27/2021) |
| 11/03/2021 | 44 | Unopposed MOTION for Leave to File Plaintiff's Supplement in Support of Its Opposition to Defendant's Motion to Transfer Venue by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Exhibit Ex A - Plaintiff's Supplement in Support of Its Opposition to Defendant's Motion to Transfer Venue, # 2 Exhibit Ex B - Defendant's Preliminary Invalidity Contentions, # 3 Exhibit Ex C - HMD's Preliminary Invalidity Contentions, # 4 Exhibit Ex D - Comparison)(Gilman, Elizabeth) (Entered: 11/03/2021) |
| 11/19/2021 | 46 | Opening Claim Construction Brief by Apple Inc.. (Attachments: # 1 Affidavit Declaration of Kathryn Quisenberry, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Sproul, Seth) (Entered: 11/19/2021) |
| 11/23/2021 | 47 | NOTICE *to the Court of Unopposed Extension* by CPC Patent Technologies Pty Ltd. re 45 MOTION to Dismiss *for Lack of Standing* (Shimota, James) (Entered: 11/23/2021) |
| 12/03/2021 | 48 | Response in Opposition to Motion, filed by CPC Patent Technologies Pty Ltd., re 45 MOTION to Dismiss *for Lack of Standing* filed by Defendant Apple Inc. (Attachments: # 1 Exhibit A - Declaration of Steven Cole, # 2 Exhibit B - Declaration of Jonah Heemstra)(Shimota, James) (Entered: 12/03/2021) |
| 12/08/2021 | 49 | BRIEF *(Plaintiff's Responsive Claim Construction Brief)* regarding 46 Claim Construction Brief by CPC Patent Technologies Pty Ltd.. (Shimota, James) (Entered: 12/08/2021) |
| 12/10/2021 | 50 | Unopposed MOTION for Extension of Time to File Response/Reply as to 48 Response in Opposition to Motion, 45 MOTION to Dismiss *for Lack of Standing* by Apple Inc.. (Sproul, Seth) (Entered: 12/10/2021) |
| 12/17/2021 | 51 | STATUS REPORT *Pursuant to Second Amended Standing Order Regarding Motions for Inter-District Transfer* by Apple Inc.. (Sproul, Seth) (Entered: 12/17/2021) |
| 12/22/2021 | 52 | Reply Claim Construction Brief regarding 49 Brief by Apple Inc.. (Sproul, Seth) (Entered: 12/22/2021) |
| 01/04/2022 | 53 | ORDER, (Markman Hearing set for 1/25/2022 09:00 AM before Judge Alan D Albright). Signed by Judge Alan D Albright. (bot1) (Entered: 01/04/2022) |
| 01/05/2022 | 54 | Reply Claim Construction Brief regarding 52 Claim Construction Brief by CPC Patent Technologies Pty Ltd.. (Shimota, James) (Entered: 01/05/2022) |
| 01/06/2022 | 55 | ORDER, (Markman Hearing set for 2/10/2022 03:00 PM before Judge Alan D Albright). Signed by Judge Alan D Albright. (bot1) (Entered: 01/06/2022) |
| 01/11/2022 | | Text Order GRANTING 39 Motion for Protective Order. Entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (PT1c) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 50 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (PTlc) (Entered: 01/11/2022) |
| 01/12/2022 | 56 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART 23 Motion to Dismiss. Signed by Judge Alan D Albright. (jc5) (Entered: 01/12/2022) |
| 01/12/2022 | 57 | Joint Claim Construction Brief or Statement by CPC Patent Technologies Pty Ltd.. (Shimota, James) (Entered: 01/12/2022) |
| 01/14/2022 | 58 | MOTION to Appear Pro Hac Vice by Elizabeth Abbott Gilman *for Jonah Heemstra* ( Filing fee $ 100 receipt number 0542-15617771) by on behalf of CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Proposed Order Proposed Order)(Gilman, Elizabeth) (Entered: 01/14/2022) |
| 01/14/2022 | 59 | ATTACHMENT *Amended Exhibit J (Dkt. 1-10)* to 1 Complaint, by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Exhibit [Amended] Exhibit J to Complaint)(Shimota, James) (Entered: 01/14/2022) |
| 01/19/2022 | 60 | ORDER GRANTING 58 Motion to Appear Pro Hac Vice for Attorney Jonah Heemstra. Attorney added for CPC Patent Technologies Pty Ltd. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Signed by Judge Alan D Albright. (sjda) (Main Document 60 replaced on 1/25/2022) (sv). (Entered: 01/19/2022) |
| 01/19/2022 | 61 | MOTION to Appear Pro Hac Vice by Elizabeth Abbott Gilman *for Ben Roxborough* ( Filing fee $ 100 receipt number 0542-15628776) by on behalf of CPC Patent Technologies Pty Ltd.. (Gilman, Elizabeth) (Entered: 01/19/2022) |
| 01/20/2022 | 62 | ORDER GRANTING 61 Motion to Appear Pro Hac Vice for Attorney Ben Roxborough. Attorney added for CPC Patent Technologies Pty Ltd. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Signed by Judge Alan D Albright. (jzda) (Entered: 01/21/2022) |
| 01/25/2022 | 63 | Unopposed MOTION to Withdraw as Attorney *Dhohyung Kim* by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Proposed Order)(Gilman, Elizabeth) (Entered: 01/25/2022) |
| 01/25/2022 | 64 | DEFICIENCY NOTICE: re 63 Unopposed MOTION to Withdraw as Attorney *Dhohyung Kim*. Pursuant to the Standing Order Governing Proceedings Dated 10/8/2021. The proposed Order shall omit the word Proposed from the title. Resubmit the Order using the Attachment event and link to the motion. (ir) (Entered: 01/25/2022) |
| 01/25/2022 | 65 | ATTACHMENT *(Corrected Proposed Order)* to 63 Unopposed MOTION to Withdraw as Attorney *Dhohyung Kim* by CPC Patent Technologies Pty Ltd.. (Gilman, Elizabeth) (Entered: 01/25/2022) |
| 01/26/2022 | 66 | ORDER GRANTING 63 Motion to Withdraw Dhohyung Kim Attorney. Signed by Judge Alan D Albright. (jc5) (Entered: 01/26/2022) |
| 01/28/2022 | 67 | ANSWER to 1 Complaint, with Jury Demand by Apple Inc..(Nguyen, Anthony) (Entered: 01/28/2022) |
| 02/03/2022 | 68 | STATUS REPORT *(Third) Pursuant to Second Amended Standing Order Regarding Motions for Inter District Transfer* by Apple Inc.. (Quisenberry, Kathryn) (Entered: |

| | | |
|---|---|---|
| | | 02/03/2022) |
| 02/04/2022 | 69 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Bethany Stevens* ( Filing fee $ 100 receipt number 0542-15682703) by on behalf of Apple Inc.. (Attachments: # 1 Exhibit Attachment A, # 2 Proposed Order)(Ravel, J.) (Entered: 02/04/2022) |
| 02/04/2022 | 70 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Hannah L. Cannom* ( Filing fee $ 100 receipt number 0542-15683241) by on behalf of Apple Inc.. (Attachments: # 1 Exhibit Attachment A, # 2 Proposed Order)(Ravel, J.) (Main Document 70 replaced on 2/25/2022) (jc5). (Entered: 02/04/2022) |
| 02/04/2022 | 71 | NOTICE *Notice of Appearance of Additional Counsel* by Apple Inc. (Ravel, J.) (Entered: 02/04/2022) |
| 02/05/2022 | | Text Order GRANTING 24 Motion to Withdraw as Attorney. Entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (PTlc) (Entered: 02/05/2022) |
| 02/07/2022 | 72 | ORDER GRANTING 69 Motion to Appear Pro Hac Vice for Attorney Bethany Stevens. Attorney added for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Signed by Judge Alan D Albright. (bot1) (Entered: 02/07/2022) |
| 02/07/2022 | 73 | ORDER GRANTING 70 Motion to Appear Pro Hac Vice for Attorney Hannah L. Cannom. Attorney added for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order, **if he/she has not previously done so for a prior case in this District**. Signed by Judge Alan D Albright. (bot1) (Entered: 02/07/2022) |
| 02/08/2022 | | Text Order GRANTING 44 Motion for Leave to File entered by Judge Alan D Albright because the motion is unopposed. (This is a text-only entry generated by the court. There is no document associated with this entry.) (PTlc) (Entered: 02/08/2022) |
| 02/08/2022 | 74 | ***VACATED by 92 Federal Circuit Order*** Sealed Order denying 22 MOTION to Change Venue filed by Apple Inc . Signed by Judge Alan D Albright. (jc5) Modified on 4/22/2022 (lad). Modified on 4/22/2022 (lad). (Entered: 02/09/2022) |
| 02/08/2022 | 82 | PUBLIC VERSION OF 74 SEALED MEMORANDUM OPINION AND ORDER. Signed by Judge Alan D Albright. (jc5) (Entered: 02/25/2022) |
| 02/10/2022 | 75 | Minute Entry for proceedings held before Judge Alan D Albright: Markman Hearing held on 2/10/2022. Case called for Markman Hearing. Counsel for the parties entered appearances. Claim terms were discussed. The Court advised the stay regarding discovery ends today. (Minute entry documents are not available electronically.). (Court Reporter Shelly Holmes.) (jc5) (Entered: 02/10/2022) |
| 02/10/2022 | 76 | CLAIM CONSTRUCTION ORDER. Signed by Judge Alan D Albright. (jc5) (Entered: 02/11/2022) |
| 02/14/2022 | 77 | NOTICE *to Withdraw Motion* by Apple Inc. re 45 MOTION to Dismiss *for Lack of Standing* (Nguyen, Anthony) (Entered: 02/14/2022) |
| 02/14/2022 | 78 | DEFICIENCY NOTICE: re 77 Notice (Other) (jc5) (Entered: 02/14/2022) |
| 02/14/2022 | 79 | CORRECTED MOTION to Withdraw 45 MOTION to Dismiss *for Lack of Standing* by |

| | | |
|---|---|---|
| | | Apple Inc.. (Attachments: # 1 Proposed Order)(Nguyen, Anthony) (Entered: 02/14/2022) |
| 02/15/2022 | 80 | NOTICE *of Asserted Claims* by CPC Patent Technologies Pty Ltd. (Gilman, Elizabeth) (Entered: 02/15/2022) |
| 02/17/2022 | 81 | ATTACHMENT *Amended Exhibits F (Dkt. 1-6) and H (Dkt. 1-8)* to 1 Complaint, by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Exhibit [Amended] Exhibit F to Complaint (Dkt. 1-6), # 2 Exhibit [Amended] Exhibit H to Complaint (Dkt. 1-8))(Shimota, James) (Entered: 02/17/2022) |
| 02/23/2022 | | Text Order GRANTING 79 Motion to Withdraw the 45 Motion to Dismiss for lack of Standing. Entered by Judge Alan D Albright. (This is a text-only entry generated by the court. There is no document associated with this entry.) (PTlc) (Entered: 02/23/2022) |
| 03/10/2022 | 83 | United States Court of Appeals for the Federal Circuit ORDER directing CPC Patent Technologies Pty Ltd. to respond to the petition no later than seven days from the date of filing of this order. (lad) (Entered: 03/10/2022) |
| 03/10/2022 | | Parties shall comply with Judge Albright's updated standing orders and COVID-19 standing order available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Regarding Notice of Readiness for Patent Cases 030722,<br>2. Standing Order on Pretrial Procedures and Requirements in Civil Cases 030722,<br>3. Standing Order Governing Proceedings 4.0 - Patent Cases 030722,<br>4. Amended Standing Order Regarding Coronavirus (COVID-19) and Court Proceedings,<br>5. Amended Standing Order Regarding Joint Or Unopposed Request To Change Deadlines 030722,<br>6. Amended Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions 030722. (jkda) (Entered: 03/10/2022) |
| 03/10/2022 | 84 | NOTICE *of Inter Partes Review Petitions* by CPC Patent Technologies Pty Ltd. (Shimota, James) (Entered: 03/10/2022) |
| 03/16/2022 | 85 | NOTICE *of Compliance re Final Invalidity Contentions* by Apple Inc. (Sproul, Seth) (Entered: 03/16/2022) |
| 04/06/2022 | 87 | Sealed Document: Declaration of William C. Easttom II in Support of Plaintiff's Motion for Partial Summary Judgment of Infringement of 86 Sealed Motion Plaintiff CPC Patent Technologies PTY Ltd.'s Motion for Partial Summary Judgment of Infringement by CPC Patent Technologies Pty Ltd. by CPC Patent Technologies Pty Ltd. (Attachments: # 1 Exhibit 1 to Easttom Decl., # 2 Exhibit 2 to Easttom Decl., # 3 Exhibit 3 to Easttom Decl., # 4 Exhibit 4 to Easttom Decl., # 5 Exhibit 5 to Easttom Decl., # 6 Exhibit 6 to Easttom Decl., # 7 Exhibit 7 to Easttom Decl., # 8 Exhibit 8 to Easttom Decl., # 9 Exhibit 9 to Easttom Decl., # 10 Exhibit 10 to Easttom Decl., # 11 Exhibit 11 to Easttom Decl.) (Shimota, James) (Entered: 04/06/2022) |
| 04/13/2022 | 88 | Redacted Copy of 86 Sealed Motion Plaintiff CPC Patent Technologies PTY Ltd.'s Motion for Partial Summary Judgment of Infringement by CPC Patent Technologies Pty Ltd. by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Declaration of George C. Summerfield, # 2 Exhibit A to Summerfield Decl., # 3 Exhibit B to Summerfield Decl., # 4 Exhibit C to Summerfield Decl.)(Shimota, James) (Entered: 04/13/2022) |
| 04/13/2022 | 89 | Redacted Copy *of Declaration of William C. Easttom II in Support of Plaintiff's Motion for Partial Summary Judgment of Infringement* of 87 Sealed Document,,, by CPC Patent Technologies Pty Ltd.. (Attachments: # 1 Exhibit 1 to Easttom Decl., # 2 Exhibit 2 to Easttom Decl., # 3 Exhibit 3 to Easttom Decl., # 4 Exhibit 4 to Easttom Decl., # 5 Exhibit 5 to Easttom Decl., # 6 Exhibit 6 to Easttom Decl., # 7 Exhibit 7 to Easttom Decl., # 8 |

| | | |
|---|---|---|
| | | Exhibit 8 to Easttom Decl., # 9 Exhibit 9 to Easttom Decl., # 10 Exhibit 10 to Easttom Decl., # 11 Exhibit 11 to Easttom Decl.)(Shimota, James) (Entered: 04/13/2022) |
| 04/13/2022 | 90 | NOTICE *Notice of Unopposed Extension of Deadline to File Response* by Apple Inc. re 86 Sealed Motion Plaintiff CPC Patent Technologies PTY Ltd.'s Motion for Partial Summary Judgment of Infringement by CPC Patent Technologies Pty Ltd., 87 Sealed Document,,, (Ravel, J.) (Entered: 04/13/2022) |
| 04/14/2022 | 91 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 04/14/2022) |
| 04/22/2022 | 92 | Federal Circuit ORDER Vacating 74 Sealed Order. The district courts February 8, 2022 order is vacated, and the district court is directed to transfer this matter to the United States District Court for the Northern District of California. (lad) (Entered: 04/22/2022) |
| 04/25/2022 | | Text Order GRANTING 22 Motion to Change Venue entered by Judge Alan D Albright. It is hereby ORDERED that this case shall be transferred to the Northern District of California. This is a text-only entry generated by the court. There is no document associated with this entry.) (PT1c) (Entered: 04/25/2022) |
| 04/27/2022 | 93 | Case transferred in from District of Texas Western; Case Number 6:21-cv-00165. Original file certified copy of transfer order and docket sheet received. (Entered: 04/27/2022) |
| 04/27/2022 | 94 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/20/2022. Initial Case Management Conference set for 7/27/2022 10:00 AM in San Jose, Courtroom 4, 5th Floor. (cv, COURT STAFF) (Filed on 4/27/2022) (Entered: 04/27/2022)** |
| 04/27/2022 | 95 | CLERK'S NOTICE ADVANCING Initial Case Management Conference to 5/18/2022, at 10:00 AM by telephone. Dial-in: 888.684.8852. Access code: 1557087. Case Management Statement due by 5/11/2022.<br><br>All parties are requested to file their consent or declination to proceed before a magistrate judge by 5/11/2022. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br>(lmh, COURT STAFF) (Filed on 4/27/2022) (Entered: 04/27/2022) |
| 04/28/2022 | 96 | NOTICE of Appearance by Seth McCarthy Sproul (Sproul, Seth) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 04/28/2022 | 97 | NOTICE of Appearance by Jeffrey H Burton (Burton, Jeffrey) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 04/28/2022 | 98 | NOTICE by Apple, Inc. *of Pendency of Other Action or Proceeding* (Sproul, Seth) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 04/28/2022 | 99 | NOTICE of Appearance by Betty Hong Chen (Chen, Betty) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 05/02/2022 | 100 | Corporate Disclosure Statement by Apple, Inc. (Sproul, Seth) (Filed on 5/2/2022) (Entered: 05/02/2022) |
| 05/04/2022 | 101 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Apple, Inc... (Sproul, Seth) (Filed on 5/4/2022) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 102 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (lmh, COURT STAFF) (Filed on 5/4/2022) (Entered: 05/04/2022) |
| 05/04/2022 | 103 | NOTICE of Appearance by Zachary T. Timm (Timm, Zachary) (Filed on 5/4/2022) (Entered: 05/04/2022) |
| 05/04/2022 | 104 | Certificate of Interested Entities by CPC Patent Technologies PTY Ltd. identifying Corporate Parent Charter Pacific Corporation Limited for CPC Patent Technologies PTY Ltd.. (Timm, Zachary) (Filed on 5/4/2022) (Entered: 05/04/2022) |
| 05/04/2022 | 105 | NOTICE of Appearance by Christina Noel Goodrich (Goodrich, Christina) (Filed on 5/4/2022) (Entered: 05/04/2022) |
| 05/05/2022 | 106 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Beth Labson Freeman for all further proceedings. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Magistrate Judge Nathanael M. Cousins remains as referral judge assigned to case. Reassignment Order signed by Clerk on 5/5/2022. (Attachments: # 1 Notice of Eligibility for Video Recording)(bw, COURT STAFF) (Filed on 5/5/2022) (Entered: 05/05/2022)** |
| 05/05/2022 | 107 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-17148997.) filed by CPC Patent Technologies PTY Ltd.. (Heemstra, Jonah) (Filed on 5/5/2022) (Entered: 05/05/2022) |
| 05/05/2022 | 108 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-17150298.) filed by Apple, Inc.. (Kete, Joy) (Filed on 5/5/2022) (Entered: 05/05/2022) |
| 05/05/2022 | 109 | NOTICE of Appearance by George C. Summerfield (Summerfield, George) (Filed on 5/5/2022) (Entered: 05/05/2022) |
| 05/06/2022 | 110 | **ORDER OF RECUSAL. Signed by Judge Beth Labson Freeman on 5/6/2022.** (blflc2, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022) |
| 05/06/2022 | 111 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Edward J. Davila for all further proceedings re 110 Order of Recusal. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Judge Beth Labson Freeman no longer assigned to case. Reassignment Order signed by Clerk on 5/6/2022. (Attachments: # 1 Notice of Eligibility for Video Recording)(bw, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022)** |
| 05/06/2022 | 112 | **CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE AFTER REASSIGNMENT.<br>Case Management Statement due by 8/4/2022. Initial Case Management Conference set for 8/11/2022 11:00 AM in San Jose, Courtroom 3, 5th Floor.** *(This is a text-only* |

| | | |
|---|---|---|
| | | *entry generated by the court. There is no document associated with this entry.)* **(tsh, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022)** |
| 05/06/2022 | 113 | NOTICE re 86 Sealed Motion Plaintiff CPC Patent Technologies PTY Ltd.'s Motion for Partial Summary Judgment of Infringement by CPC Patent Technologies Pty Ltd. filed byCPC Patent Technologies PTY Ltd.. (Related document(s) 86 ) (Timm, Zachary) (Filed on 5/6/2022) Modified text on 5/6/2022, (to conform with document posted by counsel) (cv, COURT STAFF). (Entered: 05/06/2022) |
| 05/06/2022 | 114 | CLERK'S NOTICE Setting Motion Hearing: Hearing on 86 MOTION for Summary Judgment set for 11/17/2022 at 9:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022) |
| 05/06/2022 | 115 | **ORDER Granting 107 Motion for Pro Hac Vice as to Jonah B. Heemstra. Signed by Judge Edward J. Davila on 5/6/2022. (crr, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022)** |
| 05/06/2022 | 116 | **ORDER Granting 108 Motion for Pro Hac Vice as to Joy Backer Kete. Signed by Judge Edward J. Davila on 5/6/2022. (crr, COURT STAFF) (Filed on 5/6/2022) (Entered: 05/06/2022)** |
| 05/10/2022 | 117 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-17161414.) filed by Apple, Inc.. (Quisenberry, Kathryn) (Filed on 5/10/2022) (Entered: 05/10/2022) |
| 05/13/2022 | 118 | **ORDER Granting 117 Motion for Pro Hac Vice as to Kathryn Quisenberry. Signed by Judge Edward J. Davila on 5/13/2022. (crr, COURT STAFF) (Filed on 5/13/2022) (Entered: 05/13/2022)** |
| 06/14/2022 | 119 | MOTION to Stay *Pending Inter Partes Review* filed by Apple, Inc.. Motion Hearing set for 11/10/2022 09:00 AM in Oakland, Courtroom 4, 3rd Floor before Judge Edward J. Davila. Responses due by 6/28/2022. Replies due by 7/5/2022. (Attachments: # 1 Declaration of Seth M. Sproul, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Sproul, Seth) (Filed on 6/14/2022) (Entered: 06/14/2022) |
| 06/14/2022 | 120 | Motion to Stay Pending 119 Inter Partes Review or in the Alternative Stay Briefing on CPC's 86 Summary Judgment Motion filed by Apple, Inc.. (Attachments: # 1 Declaration of Seth M. Sproul, # 2 Exhibit A, # 3 Proposed Order)(Sproul, Seth) (Filed on 6/14/2022) Modified on 6/15/2022 (cv, COURT STAFF). (Entered: 06/14/2022) |
| 06/21/2022 | 121 | OPPOSITION/RESPONSE (re 120 MOTION to Shorten Time *on Apple Inc.'s Motion to Stay Pending Inter Partes Review or in the Alternative Stay Briefing on CPC's Summary Judgment Motion* ) filed byCPC Patent Technologies PTY Ltd.. (Attachments: # 1 Declaration of George Summerfield, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Timm, Zachary) (Filed on 6/21/2022) (Entered: 06/21/2022) |
| 06/24/2022 | 122 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC-17294092.) filed by Apple, Inc.. (Nguyen, Anthony) (Filed on 6/24/2022) (Entered: 06/24/2022) |
| 06/28/2022 | 123 | **Order Granting Admission *Pro Hac Vice* as to Anthony Van Nguyen. Signed by Judge Edward J. Davila on 6/28/2022. (crr, COURT STAFF) (Filed on 6/28/2022) (Entered: 06/28/2022)** |
| 06/28/2022 | 124 | OPPOSITION/RESPONSE (re 119 MOTION to Stay *Pending Inter Partes Review* ) filed byCPC Patent Technologies PTY Ltd.. (Attachments: # 1 Declaration of George |

| | | |
|---|---|---|
| | | Summerfield, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Timm, Zachary) (Filed on 6/28/2022) (Entered: 06/28/2022) |
| 06/30/2022 | 125 | **Order Granting 120 Administrative Motion to Stay Briefing on CPC's Motion for Summary Judgment and Expediting Apple's Motion to Stay Pending Inter Partes Review. Motion to Stay will be heard on August 4, 2022 at 9:00 a.m. Signed by Judge Edward J. Davila on June 30, 2022. (ejdlc1, COURT STAFF) (Filed on 6/30/2022) (Entered: 06/30/2022)** |
| 06/30/2022 | | Reset Deadline/Hearing: Hearing on 119 MOTION to Stay Pending *Inter Partes* Review advanced to 8/4/2022 at 9:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Reply due 7/7/2022. (crr, COURT STAFF) (Filed on 6/30/2022) (Entered: 06/30/2022) |
| 07/06/2022 | 126 | STIPULATION and Proposed Order selecting Mediation by Apple, Inc. filed by Apple, Inc.. (Sproul, Seth) (Filed on 7/6/2022) (Entered: 07/06/2022) |
| 07/06/2022 | 127 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Sproul, Seth) (Filed on 7/6/2022) (Entered: 07/06/2022) |
| 07/07/2022 | 128 | **Order Granting STIPULATION SELECTING ADR PROCESS. Signed by Judge Edward J. Davila on July 7, 2022 granting 126 Stipulation selecting Mediation. (ejdlc1, COURT STAFF) (Filed on 7/7/2022) (Entered: 07/07/2022)** |
| 07/07/2022 | | CASE REFERRED to Mediation. (cmf, COURT STAFF) (Filed on 7/7/2022) (Entered: 07/07/2022) |
| 07/07/2022 | 129 | REPLY (re 119 MOTION to Stay *Pending Inter Partes Review* ) filed byApple, Inc.. (Sproul, Seth) (Filed on 7/7/2022) (Entered: 07/07/2022) |
| 07/12/2022 | 130 | STIPULATION WITH PROPOSED ORDER *to Continue Hearing on Apple Inc.'s Motion to Stay Pending Inter Partes Review* filed by Apple, Inc.. (Attachments: # 1 Proposed Order)(Sproul, Seth) (Filed on 7/12/2022) (Entered: 07/12/2022) |
| 07/13/2022 | 131 | **Order Granting 130 STIPULATION TO CONTINUE HEARING ON APPLE INC.S MOTION TO STAY PENDING INTER PARTES REVIEW. Signed by Judge Edward J. Davila on 7/13/2022. (ejdlc1, COURT STAFF) (Filed on 7/13/2022) (Entered: 07/13/2022)** |
| 07/18/2022 | 132 | CLERK'S NOTICE. Hearing on 119 Motion to Stay Pending *Inter Partes* Review. set for 8/11/2022 is continued to 8/29/2022 at 9:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Filed on 7/18/2022) (Entered: 07/18/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/29/2022 16:43:23 | | | |
| **PACER Login:** | zach.timm | **Client Code:** | 3725175.00001/10548 |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-02553-EJD |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |