1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA
10                (SAN JOSE DIVISION)
11

| | |
|---|---|
| 12  In The Matter of an *ex parte* Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782, by<br><br>14  CPC Patent Technologies PTY Ltd.,<br><br>15  Petitioner,<br><br>16  In support of legal proceedings in the Federal Republic of Germany | Case No. 5:21-mc-80091-JST<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S 28 U.S.C. § 1782 PETITION**<br><br><br>Judge: Honorable Jon S. Tigar |

17
18
19
20
21
22
23
24
25
26
27
28

Before this Court is Petitioner CPC Patent Technologies PTY Ltd.'s ("CPC") Objection to Magistrate Judge's Report and Recommendation and Motion for *De Novo* Determination of Dispositive Matter Referred to Magistrate Judge Pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72-3.  The Court finds good cause to sustain CPC's objections, reject the Magistrate Judge's Report and Recommendation, and to grant CPC's petition.

IT IS HEREBY ORDERED THAT CPC's petition is granted.

Dated: _____          _____
                                        Hon. Judge Jon S. Tigar
                                        United States District Judge