United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., | Case No. 21-mc-80091-JST |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED PROTECTIVE ORDER** |
| APPLE, INC., | Re: ECF No. 47 |
| Defendant. | |

Before the Court is the parties' stipulated proposed protective order.  ECF No. 47.  The parties did not comply with Paragraph H of Judge Tigar's Standing Order for All Civil Cases, available at https://cand.uscourts.gov/civil-standing-order-jst-07-28-22/.  The stipulation is therefore denied.

**IT IS SO ORDERED.**

Dated: January 20, 2023



_____
JON S. TIGAR
United States District Judge