1 | Seth M. Sproul (CA SBN 217711)
2 | *sproul@fr.com*
  | Jeffrey H. Burton (CA SBN 328305)
3 | *jburton@fr.com*
  | FISH & RICHARDSON P.C.
4 | 12860 El Camino Real, Suite 400
  | San Diego, CA 92130
5 | Telephone: (858) 678-5070
  | Facsimile: (858) 678-5099
6 |
7 | James R. Sigel (CA SBN 288478)
  | *jsigel@mofo.com*
8 | Joel F. Wacks (CA SBN 326561)
  | *jwacks@mofo.com*
9 | MORRISON & FOERSTER LLP
  | 425 Market St.
10 | San Francisco, CA 94105
   | Telephone: (415) 268-7000
11 | Facsimile: (415) 268-7522

Attorneys for Respondent
APPLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| CPC PATENT TECHNOLOGIES PTY LTD., | Case No. 4:21-mc-80091-JST |
|---|---|
| Petitioner, | **RESPONDENT APPLE INC.'S NOTICE OF APPEAL** |
| v. | Date:    November 10, 2023 |
| APPLE INC., | Judge:  Hon. Jon S. Tigar |
| Respondent. | |

# NOTICE OF APPEAL

Notice is given that Respondent Apple Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order granting Petitioner's motion for de novo determination of dispositive matter referred to a magistrate judge entered in this action on January 3, 2023 (Dkt. No. 46), and the order denying Respondent's motion to alter or amend judgment entered on October 11, 2023 (Dkt. No. 63).

Attached is a Representation Statement complying with Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure.

Dated:  November 10, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ James R. Sigel*
　　　　　James R. Sigel

Attorney for Respondent
APPLE INC.

| | |
|---|---|
| 1 | Seth M. Sproul (CA SBN 217711) |
| 2 | *sproul@fr.com*<br>Jeffrey H. Burton (CA SBN 328305) |
| 3 | *jburton@fr.com*<br>FISH & RICHARDSON P.C. |
| 4 | 12860 El Camino Real, Suite 400<br>San Diego, CA 92130 |
| 5 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 6 | |
| 7 | James R. Sigel (CA SBN 288478)<br>*jsigel@mofo.com* |
| 8 | Joel F. Wacks (CA SBN 326561)<br>*jwacks@mofo.com* |
| 9 | MORRISON & FOERSTER LLP<br>425 Market St. |
| 10 | San Francisco, CA 94105 |
| 11 | Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 |

Attorneys for Respondent
APPLE INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., | Case No. 4:21-mc-80091-JST |
| Petitioner, | **RESPONDENT APPLE INC.'S REPRESENTATION STATEMENT** |
| v. | Date: November 10, 2023 |
| APPLE INC., | Judge: Hon. Jon S. Tigar |
| Respondent. | |

Pursuant to Ninth Circuit Rule 3-2 and Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to this action are listed below with the names, addresses, and telephone numbers of their respective counsel.

For Petitioner CPC Patent Technologies PTY Ltd.:

>   CHRISTINA NOEL GOODRICH
>   ZACHARY T. TIMM
>   K&L GATES LLP
>   10100 Santa Monica Boulevard, 7th Floor
>   Los Angeles, CA 90067
>   Tel:  310-552-5000
>   Fax: 310-552-5001
>   Email: christina.goodrich@klgates.com
>   Email: zach.timm@klgates.com
>
>   GEORGE C. SUMMERFIELD
>   K&L GATES LLP
>   70 W. Madison Street, Suite 3300
>   Chicago, IL 60602
>   Tel:  312-807-4376
>   Fax: 312-827-8000
>   Email: george.summerfield@klgates.com

For Respondent Apple Inc.:

>   SETH MCCARTHY SPROUL
>   JEFFREY H BURTON
>   FISH & RICHARDSON P.C.
>   12390 El Camino Real
>   San Diego, CA 92130-2081
>   Tel:  858-678-5070
>   Fax: 858-678-5099
>   Email: sproul@fr.com
>   Email: jburton@fr.com
>
>   JAMES R. SIGEL
>   JOEL F. WACKS
>   MORRISON & FOERSTER LLP
>   425 Market Street
>   San Francisco, CA 94105
>   Tel:  415-268-7000
>   Fax: 415-268-7522
>   Email: jsigel@mofo.com
>   Email: jWacks@mofo.com

Dated: November 10, 2023

Respectfully submitted,

MORRISON & FOERSTER LLP

By: ___/s/ James R. Sigel___
       James R. Sigel

Attorney for Respondent
APPLE INC.