UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CPC PATENT TECHNOLOGIES PTY LTD.,

    Petitioner - Appellee,

 v.

APPLE INC.,

    Respondent - Appellant.

No. 23-3449

D.C. No. 4:21-mc-80091-JST

Northern District of California, Oakland

MANDATE

The judgment of this Court, entered October 24, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT